PROB 12C
(6/16)

Report Date: March 1, 2017

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2017

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Lucas James Hovey          Case Number: 0980 2:10CR02054-EFS-1

Address of Offender: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 3, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 120 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Re-sentence:<br>(December 6, 2016) | Prison - 85 months;<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Alvin Guzman | Date Supervision Commenced: | January 27, 2017 |
| Defense Attorney: | Federal Public Defender-Yak | Date Supervision Expires: | January 26, 2020 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: On February 27, 2017, the undersigned officer received a voice mail from the client in which he indicated that he had used methamphetamine while at the Spokane Residential Reentry Center (RRC), and that he wanted to "face up." Later that date, community contact was made with the client at the Spokane Transit Authority Plaza in Spokane, Washington, at which time the client again reiterated and confirmed his use of methamphetamine while at the Spokane RRC on February 26, 2017. |
| 2 | **Special Condition # 5**: You shall reside in a residential reentry center (RRC) for up to one year at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. You shall abide by the rules and requirements of the facility. |

Prob12C
**Re: Hovey, Lucas James**
**March 1, 2017**
**Page 2**

**Supporting Evidence**: On March 1, 2017, the undersigned officer received notification from the director at the Spokane RRC that they had received confirmation of a urinalysis sample submitted by the client at the facility on February 26, 2017, the results of which was confirmed as being positive for methamphetamine. The contact indicated that as a result of the confirmed positive test, the client would be unsuccessfully discharged from the facility this date.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 1, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

March 2, 2017

Date