PROB 12C
(6/16)

Report Date: October 24, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lucas James Hovey | Case Number: 0980 2:10CR02054-EFS-1 and 0980 2:09CR06089-EFS-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

| | |
|---|---|
| Original Offense: 2:10CR02054-EFS-1 | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| Original Offense: 2:09CR06089-EFS-1 | Possession of an Unregistered Firearm, 26 U.S.C. § 5841 |

| | | |
|---|---|---|
| Sentence: 2:09CR06089-EFS-1 (May 13, 2010) | Prison - 80 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation: (August 30, 2017) | Prison - 4 months; TSR - 32 months | |
| Sentence: 2:10CR02054-EFS-1 (December 3, 2010) | Prison - 85 months; TSR - 36 months | |
| Revocation: (August 30, 2017) | Prison - 4 months; TSR -32 months | |
| Asst. U.S. Attorney: | Laurel Holland | Date Supervision Commenced: October 9, 2017 |
| Defense Attorney: | Jeffery Dahlberg | Date Supervision Expires: June 9, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On October 3, 2017, the Court held a status hearing regarding Mr. Hovey's release from custody prior to the expiration of his revocation sentence, to participate in inpatient substance abuse treatment at Northwest Indian Treatment Center (NWITC). The Court granted Mr. Hovey's request and ordered Mr. Hovey be released on October 9, 2017, so the offender could participate in inpatient treatment at NWITC in Elma, Washington. Mr. Hovey arrived at NWITC on October 9, 2017, and began inpatient treatment.

On October 23, 2017, this officer received notification from NWITC that Mr. Hovey left the program against the direction of NWITC staff on October 20, 201. Mr. Hovey has not contacted this officer to explain the circumstances resulting in his choice to leave the treatment facility and his whereabouts are unknown.

**Standard Condition #5**:

2

You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On October 23, 2017, this officer was notified that Mr. Hovey is no longer residing at the NWITC facility in Elma, Washington. Mr. Hovey has not contacted this officer to report a change of address and his whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 24, 2017

s/ Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

October 24, 2017

Date