PROB 12C
(6/16)

Report Date: November 7, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lucas James Hovey | Case Number: 0980 2:10CR02054-EFS-1 and 0980 2:09CR06089-EFS-1 |
| Address of Offender: | Yakima, WA 98901 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Original Offense: 2:10CR02054-EFS-1   Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Offense: 2:09CR06089-EFS-1   Possession of an Unregistered Firearm, 26 U.S.C. § 5841

| | | |
|---|---|---|
| Sentence: 2:09CR06089-EFS-1 (May 13, 2010) | Prison - 80 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation: (August 30, 2017) | Prison - 4 months; TSR - 32 months | |
| Sentence: 2:10CR02054-EFS-1 (December 3, 2010) | Prison - 85 months; TSR - 36 months | |
| Revocation: (August 30, 2017) | Prison - 4 months; TSR -32 months | |
| Asst. U.S. Attorney: | Laurel Holland | Date Supervision Commenced: October 9, 2017 |
| Defense Attorney: | Jeffery Dahlberg | Date Supervision Expires: June 9, 2020 |

## PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/24/2017.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions form the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Hovey failed to report to probation on October 25, 2017, as directed. |

On October 24, 2017, this officer spoke with Mr. Hovey by telephone. Mr. Hovey was directed by this officer to report to probation on October 25, 2017, to discuss his reasons for aborting inpatient substance abuse treatment. Mr. Hovey failed to report to probation as directed and did not make any effort to contact this officer after October 24, 2017.

4  **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: On November 3, 2017, Mr. Hovey was in possession of a controlled substance, methamphetamine.

On November 3, 2017, Mr. Hovey was arrested by the U.S. Marshals Service's members of the Violent Crimes Task Force and United States Probation Officer (USPO) Jose Zepeda in Yakima, Washington. While officers were approaching Mr. Hovey, USPO Zepeda saw Mr. Hovey throw a red and white item from his pocket. Officers searched the area where Mr. Hovey threw the item and found a Marlboro cigarette box. Located in the cigarette box was a substance wrapped in black plastic. Mr. Hovey later admitted to officers that he threw the cigarette box and the substance in the box was methamphetamine.

5  **Standard Condition #10:** You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: On November 3, 2017, Mr. Hovey was in possession of a dangerous weapon that could cause bodily injury or death to another person. He was in possession of a Camillus Carbonitride Titanium fixed blade knife, with a 4 inch blade length.

On November 3, 2017, Mr. Hovey was arrested by the U.S. Marshals Service's members of the Violent Crimes Task Force and USPO Zepeda in Yakima, Washington. After Mr. Hovey was placed into custody, his person was searched prior to placing Mr. Hovey in a vehicle. Mr. Hovey informed officers he had a knife in the pocket of his hooded sweatshirt. The knife was removed from the concealed location described by Mr. Hovey and secured by officers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 7, 2017

s/ Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS
THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Edward F. Shea*

Signature of Judicial Officer

November 30, 2017

Date